Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| JAMES ARNOLD FERGUSON | ) | CASE NO.: 07-02439 |
| MARY ANN FERGUSON | ) | |
| | ) | **TRUSTEE'S OBJECTION TO PROOF** |
| | ) | **OF CLAIM AND NOTICE THEREON:** |
| | ) | **POC # 9** |
| DEBTORS | ) | |

Dianne C. Kerns, the Trustee in the above-captioned estate, objects to the following claim:

Claim No.          9

Claimant:          TOYOTA MOTOR CREDIT CORPORATION

Claim Amount:      $ 2,792.43

Claim Type:        Secured

Upon the following grounds:

Per an order lifting the automatic stay with respect to the collateral securing this claim, all interest in the collateral has been surrendered and the creditor should look to its collateral for full satisfaction of its claim. The Trustee will make no further payments on this claim unless the creditor responds to this objection and the court enters an order denying this objection.

The Trustee respectfully requests that said claim be **disallowed as recommended above by the Trustee** unless on or before 15 days from the mailing of this objection the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Trustee- AND receives from her a withdrawal of objection; OR

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the

CASE NO.: 07-02439

Clerk of the Bankruptcy Court, and mails a copy thereof to the Trustee at: PMB #413, 7320 N. La Cholla #154, Tucson, Arizona 85741-2305.

Dated: 4/7/2009

/s/ Dianne C. Kerns 011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 4/7/2009

JAMES L ROBINSON ESQ
ROBINSON & RYLANDER, P.C.
4340 N CAMPBELL AVE., STE 266
TUCSON, AZ 85718

TOYOTA MOTOR CREDIT CORPORATION
3200 W RAY RD
CHANDLER, AZ 85226

By Dana Bunker