Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| JAMES ARNOLD FERGUSON ) | CASE NO.: 07-02439 |
| MARY ANN FERGUSON ) | |
| ) | **ORDER ON TRUSTEE'S OBJECTION** |
| ) | **TO: POC # 9** |
| ) | |
| DEBTORS ) | |

Dianne C. Kerns, Trustee, having objected to the referenced claim, and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the following claimant's response, and good cause appearing:

IT IS ORDERED THAT the Trustee's objection is sustained and the following claim is Disallowed:

Dianne C. Kerns, the Trustee in the above-captioned estate, objects to the following claim:

| | |
|---|---|
| Claim No. | 9 |
| Claimant: | TOYOTA MOTOR CREDIT CORPORATION |
| Claim Amount: | $ 2,792.43 |
| Claim Type: | Secured |

Dated _____     _____
                                    U.S. BANKRUPTCY JUDGE

Submitted By: Dianne C. Kerns, Esq.
Prepared By Dana Bunker